THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Allan Lee Hawkins, Appellant.
 
 
 

Appeal From Greenville County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-065
 Submitted January 4, 2010  Filed January
28, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; Solicitor Robert Mills Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: Allan
 Hawkins appeals his concurrent sentences of thirty years, ten years, and five
 years for murder, armed robbery, and possession of a firearm during the
 commission of a violent crime, respectively.  Hawkins contends the trial court
 erred by refusing to instruct the jury specifically that the use of a weapon
 does not automatically preclude self-defense.  After a thorough review of the record, and counsel's brief, 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.